THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted November 29, 1954; decided December 2, 1954.

Motion for an order pursuant to section 503 of the Code of Criminal Procedure granted. [See 303 N. Y. 856; 306 N. Y. 867; 307 N. Y. 253.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN KRONICK, alias KENNETH MEYER, alias JAMES RAWLINS, alias KENNETH LEY, alias KENNETH HUNDING, alias KENNETH HUNDRED, alias WOLCOTT WRIGHT, Appellant.

Submitted November 15, 1954; decided December 2, 1954.

*Hyman Kronick,* in person, for motion.
No one opposed.

Motion granted and Francis C. Leffler, Esq., 40 Wall Street, New York City, assigned as counsel to defendant on the appeal herein.